

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 14, 2023

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Abraham Rodriguez, et al.*, 18 Cr. 149 (NRB)

Dear Judge Buchwald:

    I write to notify the Court that I will be leaving the United States Attorney's Office for the Southern District of New York.  Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance as counsel of record in the above-captioned matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/  
Alison Moe
Assistant United States Attorney
212-637-2225

```
     Application granted.

     SO ORDERED.
          [signature]
     NAOMI REICE BUCHWALD
     UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 19, 2023
```

cc: All Counsel (by ECF)